

| | | | | |
|---|---|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

jarden@sidley.com
(212) 839 5889

FOUNDED 1866

May 4, 2015

**VIA ECF**

Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
Chambers 1350
New York, New York  10007

> Re: GOJO Industries, Inc. v. Innovative Biodefense, Inc.
> 15 CV 2946 (PAC)

Dear Judge Crotty:

    We represent plaintiff GOJO Industries, Inc., and write to advise the court of an error in one entry in the table at paragraph 13 of the Case Management Plan we submitted Wednesday April 29, 2015.  In the Plan, the deadline for expert discovery is correctly stated in paragraph 7(a) to be October 6, 2015.  In the table at paragraph 13, the date is incorrectly stated as August 6, 2015.  The other dates in the table correctly reflect the dates stated in paragraphs 4-6.

Respectfully submitted,

/s/ James D. Arden

James D. Arden

JDA:ed
Cc:  Adam Kurland, Esq. (by email)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.