UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GOJO INDUSTRIES, INC.,

                                    Plaintiff,

    - against -

INNOVATIVE BIODEFENSE, INC.; and
AQUARIUS GLOBAL ENERGY PARTNERS, LLC,

                                    Defendants.
-------------------------------------------------------------------x

**STIPULATION EXTENDING TIME TO ANSWER**

Case No.: 15-cv-2946 (PAC)

    IT IS HEREBY STIPULATED that the time for Defendant, INNOVATIVE BIODEFENSE, INC., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 14th day of May, 2015.

    IT IS FURTHER STIPULATED AND AGREED that a facsimile or PDF copy of this stipulation may be deemed as an original for the purposes of filing same with the Court.

Dated: May 6, 2015

_____
Adam K. Kurland, Esq.
FENSTER & KURLAND LLP
Attorneys for Defendant
INNOVATIVE BIODEFENSE, INC.
337 North Main Street, Suite 11
New City, New York 10956
(845) 638-4700

_____
James D. Arden, Esq.
SIDLEY AUSTIN LLP
Attorneys for Plaintiff
787 Seventh Avenue
New York, New York 10019
(212) 839-5889

SO ORDERED: 5-6-15

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE