**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 Third Avenue
New York, NY 10022
(212) 508-6700
FACSIMILE: (212) 371-1084

Jamie B.W. Stecher
Direct Dial: (212) 508-6738
Direct Fax: (212) 937-3621
E-mail: Stecher@thsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-15

May 8, 2015

Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
Chambers 1350
New York, New York 10007

SO ORDERED: 5-11-15

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *GOJO v. Innovative Biodefense*
      15 CV 2946 (PAC)

Dear Judge Crotty:

We represent Aquarius Global Energy Partners, formerly a defendant in this action. The stipulation that you so ordered on April 24, 2015 required counsel for Aquarius and plaintiff to develop a form of corrective notice within seven days, which we did; it required Aquarius to disseminate that notice promptly thereafter, which it did; and it required Aquarius to submit a report within fourteen days of the Order detailing the "manner and form in which Aquarius has complied with its obligation to issue corrective notice."

I respectfully request an additional seven days in which to submit that report because, until a few minutes ago, I had thought the report was due fourteen days from our agreement on the corrective notice, and not fourteen days from the date of the order. I immediately requested (by email) consent from counsel for GOJO, and while I expect to receive their consent, I have not yet received it. I am writing without having that response because I wanted to submit my request before the expiration of the fourteen days provided in the stipulation and order.

Respectfully,

/s/ Jamie B.W. Stecher

Jamie B.W. Stecher

cc: All Counsel (via ECF)

[1013404-1]