# FENSTER & KURLAND LLP

ATTORNEYS AT LAW

337 NORTH MAIN STREET

SUITE 11

NEW CITY, NEW YORK 10956

TELEPHONE

(845) 638-4700

FACSIMILE

(845) 638-4767

ROBERT D. FENSTER, P.C.
ADAM K. KURLAND, P.C.*
* ADMITTED IN NY AND NJ

PARALEGALS:
LORI DEAN-CHIRONNO
KATHERINE M. KIVLEHAN

June 1, 2015

**VIA ELECTRONIC FILING
AND EMAIL**
Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

RE:   GOJO INDUSTRIES, INC. v.
INNOVATIVE BIODEFENSE, INC.
CASE NO.: 15-cv-2946 (PAC)

Dear Judge Crotty:

This office is counsel to Defendant Innovative Biodefense, Inc. ("Innovative') in connection with the above-referenced matter.   In compliance with Your Honor's directive at the May 27, 2015 pre-motion conference with respect to Innovative's prospective motion to change venue, after consulting with our client, we have elected to proceed with said motion.  I have consulted with James D. Arden, Esq., counsel to Plainitff, with respect to a motion schedule and we request entry of the following schedule:

- Innovative to file its motion to change venue on or before June 10, 2015;
- Plaintiff to file its opposition on or before June 19, 2015;
- Innovative to file its reply, if any, on or before June 24, 2015; and
- Oral argument to be scheduled only if directed by the Court.

Thank you in advance for Your Honor's attention and consideration to this matter.

Respectfully,

ADAM K. KURLAND

AKK:jh
cc:   James D. Arden, Esq. *(via email)*
Mark J. Skakun, Esq. *(via email)*
Benjamin A. Nix, Esq. *(via email)*

F:\WPDATA\Innovative Biodefense, Inc\Gojo\Judge Crotty Ltr 060115.docx