**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **GOJO INDUSTRIES, INC.,**<br><br>         Plaintiff,<br><br>     vs.<br><br>**INNOVATIVE BIODEFENSE, INC.; and**<br>**AQUARIUS GLOBAL ENERGY**<br>**PARTNERS, LLC,**<br><br>         Defendants | **CASE NO. 15 CV 2946 (PAC)** |

## NOTICE OF DEPOSITION

Please take notice that Plaintiff, GOJO Industries, Inc., will take the deposition of Jesse Cozean, on **July 7, 2015, at 9:00 a.m.,** at the offices of Benjamin A. Nix, Payne & Fears LLP, 4 Park Plaza, Suite 1100, Irvine, California  92614, upon oral examination pursuant to the Federal Rules of Civil Procedure.   The deposition will be recorded by means of stenography and DVD/video recording.

Attorney Bruce Martino, in-house counsel for GOJO, and David R. Macinga, Ph.D. will be attending these depositions with Plaintiff's counsel.

The depositions will continue from day to day until completed before an officer authorized by law to administer oaths.

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC


By:     /s/ Justin S. Greenfelder
        Mark J. Skakun (#0023475)
        Justin S. Greenfelder (#0077924)
        4518 Fulton Drive, N.W., Suite 200
        P.O. Box 35548
        Canton, Ohio  44735-5548
        Phone: (330) 492-8717
        Fax:    (330) 492-9625
        E-Mail:   mskakun@bdblaw.com
                  jgreenfelder@bdblaw.com


        James D. Arden
        SIDLEY AUSTIN LLP
        787 Seventh Avenue
        New York, NY  10019
        Ph:  (212) 839-5889
        Fax:  (212) 839-5599
        Email:  jarden@sidley.com

        Counsel for Plaintiff, GOJO Industries, Inc.


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of June, 2015, a copy of the foregoing was filed with the Clerk of Court electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's CM/ECF system.


                /s/ Justin S. Greenfelder
                Mark J. Skakun (#0023475)
                Justin S. Greenfelder (#0077924)


CT2:725727_v1

2