UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOJO INDUSTRIES, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>INNOVATIVE BIODEFENSE, INC.; and AQUARIUS GLOBAL ENERGY PARTNERS, LLC,<br><br>      Defendants | CASE NO. 15 CV 2946 (PAC) |

## NOTICE OF DEPOSITION

Please take notice that Plaintiff, GOJO Industries, Inc., will take the deposition of Collette Cozean on **July 8, 2015, at 9:00 a.m.**, at the offices of Benjamin A. Nix, Payne & Fears LLP, 4 Park Plaza, Suite 1100, Irvine, California 92614, upon oral examination pursuant to the Federal Rules of Civil Procedure. The deposition will be recorded by means of stenography and DVD/video recording.

Attorney Bruce Martino, in-house counsel for GOJO, and David R. Macinga, Ph.D. will be attending these depositions with Plaintiff's counsel.

The depositions will continue from day to day until completed before an officer authorized by law to administer oaths.

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

By:   /s/ Justin S. Greenfelder
Mark J. Skakun (#0023475)
Justin S. Greenfelder (#0077924)
4518 Fulton Drive, N.W., Suite 200
P.O. Box 35548
Canton, Ohio  44735-5548
Phone: (330) 492-8717
Fax:     (330) 492-9625
E-Mail:   mskakun@bdblaw.com
              jgreenfelder@bdblaw.com

James D. Arden
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Ph:  (212) 839-5889
Fax:  (212) 839-5599
Email:  jarden@sidley.com

Counsel for Plaintiff, GOJO Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of June, 2015, a copy of the foregoing was filed with the Clerk of Court electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's CM/ECF system.

/s/ Justin S. Greenfelder
Mark J. Skakun (#0023475)
Justin S. Greenfelder (#0077924)

CT2:726465_v1

2