

PROFESSIONALS | FAQS | Where To Buy | News | About the PURELL Brand | Custo



# ILLNESS OUTBREAK FREQUENTLY ASKED QUESTIONS

+ ARE PURELL® PRODUCTS EFFECTIVE AGAINST EBOLA?
+ ARE PURELL® PRODUCTS EFFECTIVE AGAINST EV-D68?
+ ARE PURELL® PRODUCTS EFFECTIVE AGAINST THE FLU?

# PURELL FREQUENTLY ASKED QUESTIONS

+ DO PURELL® PRODUCTS CONTAIN TRICLOSAN?
+ DO PURELL® PRODUCTS CAUSE MUSCLE FUNCTION IMPAIRMENT?
+ HOW EFFECTIVE ARE ALCOHOL-BASED HAND SANITIZERS, LIKE PURELL®?
+ WHAT DOES PURELL® DO TO DISCOURAGE MISUSE BY INGESTION?
+ WHAT SHOULD BE DONE IF PURELL® IS INGESTED?
+ HOW IS PURELL® INSTANT HAND SANITIZER USED?

As with all over-the-counter products, it is important to use PURELL® products properly and according to the instructions on the label: wet hands thoroughly with product, and briskly rub hands together until dry. Adults should always supervise children in the use of the product.



Cited in Gojo Industry v Innovative Biodfense
15 Cv 2946 Decided 11/12/15
Archived on 11/16/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

+ DOES PURELL® INSTANT HAND SANITIZER KILL THE GOOD GERMS AND THE BAD GERMS?
+ WHY DOES PURELL® CONTAIN ALCOHOL?
+ DO ALCOHOL-BASED HAND SANITIZERS LIKE PURELL® LEAD TO RESISTANT BACTERIA?
+ HOW MANY USES ARE IN A 2 FL OZ BOTTLE OF PURELL® INSTANT HAND SANITIZER?
+ WHEN IS IT ESPECIALLY IMPORTANT TO PRACTICE GOOD HAND HYGIENE?
+ WHAT HAS THE CDC SAID ABOUT ALCOHOL-BASED HAND SANITIZERS?

## GERM TRANSMISSION FREQUENTLY ASKED QUESTIONS

+ HOW DO MOST INFECTIOUS DISEASES SPREAD?
+ WHAT IS THE PROPER WAY TO PRACTICE HAND HYGIENE?

© 2012 - 2015 GOJO Industries, Inc. All rights reserved.
This site is published by GOJO Industries, Inc. It is intended for visitors from the United States.
Legal Notice | Privacy Policy | Customer Service | CA Transparency in Supply Chains Act