UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
GOJO INDUSTRIES, INC., :
:
          *Plaintiff*, :    15 Civ. 2946 (PAC)
:
  -against- :
:   **ORDER**
INNOVATIVE BIODEFENSE, INC., :
:
          *Defendant*. :
:
-----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    1. The Court has reviewed the documents submitted *in camera* by GOJO on December 23, 2015, pursuant to the Court's Order dated December 16, 2015 (Dkt. 100). The Court holds that the documents entitled "Zylast Matrix.docx", "Zylast Matrix v. 2 17Dec.14.docx", and "Zylast draft test plan" are protected by the work-product doctrine. The motion to compel is denied.[1]

    2. The Court has reviewed the exchange of correspondence dated January 26, 2016 (IBD) and January 29, 2016 (GOJO). The Court holds resolution of this dispute in abeyance to permit the parties to meet-and-confer and to notify the Court of efforts to engage in private mediation. The parties should also notify the Court if they believe a reference to Magistrate Judge James C. Francis IV for mediation purposes would be beneficial.

Dated: New York, New York
       February 10, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] Per GOJO's concession, it must produce the "Testing results" document.

1