

BUCKINGHAM
— Est. 1913 —

Mark J. Skakun
mskakun@bdblaw.com
d: 330.491.5319 • df: 330.252.5422

February 12, 2016

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

> Re:   **GOJO Industries, Inc. v. Innovative Biodefense, Inc., et al.**
> **Case No. 15-CV-2946 (PAC)**

Dear Judge Crotty:

We represent Plaintiff GOJO Industries, Inc. ("Plaintiff" or "GOJO").  In the Court's Order of February 10, 2016 (Dkt. #112), you asked the parties to notify you if we believed a reference to Magistrate Judge James C. Francis IV for mediation purposes would be beneficial.

GOJO respectfully notifies the Court that it believes a reference to Magistrate Judge Francis for mediation would be beneficial, and GOJO agrees to Magistrate Judge Francis serving as a mediator in this case.

Thank you for the Court's consideration of this request.  We stand ready to address any questions or concerns the Court may have with respect to these matters.

Very truly yours,

*Mark J. Skakun/jones*

Mark J. Skakun

MJS/JSG

cc:   All counsel of record (via ECF)

CT2:732884_v1

Buckingham, Doolittle & Burroughs, LLC
p: 330.492.8717  f: 330.492.9625  tf: 1.888.811.2825
4518 Fulton Dr. NW, Suite 200 • Canton, OH 44718 • bdblaw.com