# PAYNE & FEARS

4 Park Plaza, Suite 1100
Irvine, CA 92614
T 949.851.1100
F 949.851.1212

Benjamin A. Nix
(949) 797-1249
ban@paynefears.com

File No. 4863.002

February 16, 2018

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/20/2018

Re:  *GOJO Industries, Inc. v. Innovative Biodefense, Inc.*
     Case No. 15-cv-2946 (PAC)

Dear Judge Crotty:

We represent Defendant/Counter-Claimant Innovative Biodefense, Inc. in the above-referenced matter. As instructed by the Court, the parties have met and conferred regarding the various pre-trial deadlines and hereby jointly propose the following dates:

- Close of pending fact discovery          April 30, 2018
- Expert reports                           June 29, 2018
- Rebuttal expert reports                  September 7, 2018
- Expert depositions                       October 19, 2018
- Dispositive motions                      November 9, 2018
- Oppositions to dispositive motions       December 5, 2018
- Replies to dispositive motions           December 19, 2018

The parties respectfully request Your Honor "So Order" this letter below and thereafter electronically file same. We thank Your Honor in advance for your attention to this matter.



P & F

The Honorable Paul A. Crotty
February 16, 2018
Page 2

        Sincerely,                                    Sincerely,

        */ s / Benjamin A. Nix*           */ s / Adam K. Kurland*

        Benjamin A. Nix                     Adam K. Kurland
        PAYNE & FEARS LLP           ADAM K. KURLAND
                                                  ATTORNEY AT LAW, PC

BAN/RTM
cc:    All counsel of record (via ECF)


SO ORDERED on this 20th day of February, 2018

*[signature: Paul Crotty]*

Hon. Paul A. Crotty, U.S.D.J.